Of Counsel:

BAYS LUNG ROSE & HOLMA

| | |
|---|---|
| CRYSTAL K. ROSE | 3242-0 |

(crose@legalhawaii.com)
Attorney at Law
A Law Corporation

| | |
|---|---|
| ADRIAN L. LAVARIAS | 8578-0 |

(alavarias@legalhawaii.com)
Attorney at Law
A Law Corporation

| | |
|---|---|
| GEORGIA ANTON | 10461-0 |

(ganton@legalhawaii.com)
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii  96813
Telephone:  (808) 523-9000

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., Individually and as Servicer of the JPMORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2; JPMORGAN CHASE & CO.; J.P. MORGAN ACCEPTANCE CORPORATION I; J.P. MORGAN MORTGAGE ACQUISITION CORP.; J.P. MORGAN SECURITIES LLC; U.S. BANK NATIONAL ASSOCIATION, as Trustee for J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2; MERSCORP HOLDINGS, INC.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELVIN KEAKAKU AMINA and DONNA MAE AMINA, husband and wife,<br><br>            Plaintiffs, | CIVIL NO. 18-00143-DKW-KSC<br><br>DEFENDANTS JPMORGAN CHASE BANK, N.A.,<br><br>*Caption continued on next page* |

559251

|  |  |  |
|---|---|---|
| vs. | ) | Individually and as Servicer of the |
|  | ) | JPMORGAN MORTGAGE |
| WMC FINANCE CO.; JP MORGAN | ) | ACQUISITION TRUST 2006- |
| MORTGAGE ACQUISITION | ) | WMC2; JPMORGAN CHASE & |
| TRUST 2006-WMC2; "CHASE"; JP | ) | CO.; J.P. MORGAN |
| MORGAN CHASE & CO.; | ) | ACCEPTANCE CORPORATION |
| JPMORGAN CHASE BANK, N.A.; | ) | I; J.P. MORGAN MORTGAGE |
| JPMORGAN CHASE BANK, N.A. | ) | ACQUISITION CORP.; J.P. |
| s/b/m CHASE HOME FINANCE | ) | MORGAN SECURITIES LLC; |
| LLC; J.P. MORGAN ACCEPTANCE | ) | U.S. BANK NATIONAL |
| CORPORATION I; J.P. MORGAN | ) | ASSOCIATION, as Trustee for J.P. |
| MORTGAGE ACQUISITION | ) | MORGAN MORTGAGE |
| CORP.; J.P. MORGAN | ) | ACQUISITION TRUST 2006- |
| MORTGAGE ACQUISITION | ) | WMC2, ASSET BACKED PASS- |
| CORP. 2006-WMC2; JP MORGAN | ) | THROUGH CERTIFICATES, |
| MORTGAGE ACQUISITION | ) | SERIES 2006-WMC2; |
| TRUST 2006-WMC2, ASSET- | ) | MERSCORP HOLDINGS, INC. |
| BACKED PASS-THROUGH | ) | and MORTGAGE ELECTRONIC |
| CERTIFICATES, SERIES 2006- | ) | REGISTRATION SYSTEMS, |
| WMC2; J.P. MORGAN | ) | INC.'S MOTION TO DISMISS |
| SECURITIES INC.; MERSCORP | ) | PLAINTIFFS MELVIN |
| HOLDINGS, INC.; MORTGAGE | ) | KEAKAKU AMINA AND |
| ELECTRONIC REGISTRATION | ) | DONNA MAE AMINA'S |
| SYSTEMS, INC.; NATIONWIDE | ) | COMPLAINT FILED ON |
| TITLE CLEARING, INC.; | ) | MARCH 15, 2018; |
| UNKNOWN NAMED MASTER | ) | MEMORANDUM IN SUPPORT |
| SERVICER OF THE JP MORGAN | ) | OF MOTION; DECLARATION |
| MORTGAGE ACQUISITION | ) | OF ADRIAN L. LAVARIAS; |
| TRUST 2006-WMC2, | ) | EXHIBITS A- N; CERTIFICATE |
|  | ) | OF SERVICE |
| Defendants. | ) |  |
|  | ) | No trial date set. |
|  | ) |  |
| _____ | ) |  |

2

559251

DEFENDANTS JPMORGAN CHASE BANK, N.A., Individually and as Servicer of the JPMORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2; JPMORGAN CHASE & CO.; J.P. MORGAN ACCEPTANCE CORPORATION I; J.P. MORGAN MORTGAGE ACQUISITION CORP.; J.P. MORGAN SECURITIES LLC; U.S. BANK NATIONAL ASSOCIATION, as Trustee for J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2; MERSCORP HOLDINGS, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS PLAINTIFFS MELVIN KEAKAKU AMINA AND DONNA MAE AMINA'S COMPLAINT <u>FILED ON MARCH 15, 2018</u>

Defendants JPMORGAN CHASE BANK, N.A., Individually and as Servicer of the JPMORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2; JPMORGAN CHASE & CO.; J.P. MORGAN ACCEPTANCE CORPORATION I; J.P. MORGAN MORTGAGE ACQUISITION CORP.; U.S. BANK NATIONAL ASSOCIATION, as Trustee for J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2; MERSCORP HOLDINGS, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (collectively, "Defendants") hereby seek an order dismissing all claims against them pursuant to the Federal Rule of Civil Procedure 12(b)(6).  As is detailed further in the Memorandum In Support of Motion, the Plaintiffs' claims against the Defendants are barred by the doctrine of res judicata as this is the <u>THIRD</u> lawsuit filed by the Plaintiffs relating to this property and the underlying debt.  The first two lawsuits resulted in dismissals with prejudice of claims that are identical to the claims that

3

559251

the Plaintiffs are asserting in this lawsuit.  In addition, the Plaintiffs' claims in this lawsuit are also barred by other legal defenses, including, but not limited to, the expiration of the applicable statutes of limitations.  Accordingly, all claims in this third lawsuit asserted against the moving Defendants should be dismissed with prejudice as well.

      This motion is made pursuant to Rules 7 and 12(b)(6) of the Federal Rules of Civil Procedure, Rule 7.2 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and is based upon the Memorandum in Support of Motion, Declaration of Adrian L. Lavarias, the attached exhibits, the records and files herein, and such further argument and evidence as may be presented at the hearing.

      DATED:   Honolulu, Hawaii, April 25, 2018.

      /s/ Adrian L. Lavarias
CRYSTAL K. ROSE
ADRIAN L. LAVARIAS
GEORGIA ANTON

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.,
Individually and as Servicer of the
JPMORGAN MORTGAGE
ACQUISITION TRUST 2006-WMC2;
JPMORGAN CHASE & CO.;
J.P. MORGAN ACCEPTANCE
CORPORATION I;
J.P. MORGAN MORTGAGE
ACQUISITION CORP.;

559251

                                                 J.P. MORGAN SECURITIES LLC;
U.S. BANK NATIONAL ASSOCIATION,
as Trustee for J.P. MORGAN MORTGAGE
ACQUISITION TRUST 2006-WMC2,
ASSET BACKED PASS-THROUGH
CERTIFICATES, SERIES 2006-WMC2;
MERSCORP HOLDINGS, INC.; and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

559251