IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MELVIN KEAKAKU AMINA and DONNA MAE AMINA, husband and wife, | ) ) ) ) | CIVIL NO. 18-00143-DKW-KSC DECLARATION OF ADRIAN L. LAVARIAS |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| WMC FINANCE CO., et al., | ) ) | |
| Defendants. | ) ) | |

DECLARATION OF ADRIAN L. LAVARIAS

I, ADRIAN L. LAVARIAS, state that:

1.    I am a partner with the law firm of Bays Lung Rose & Holma,

attorneys for Defendants JPMORGAN CHASE BANK, N.A., Individually and as

Servicer of the JPMORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2;

JPMORGAN CHASE & CO.; J.P. MORGAN ACCEPTANCE CORPORATION

I; J.P. MORGAN MORTGAGE ACQUISITION CORP.; J.P. MORGAN

SECURITIES LLC; U.S. BANK NATIONAL ASSOCIATION, as Trustee for J.P.

MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET

BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2;

MERSCORP HOLDINGS, INC. and MORTGAGE ELECTRONIC

REGISTRATION SYSTEMS, INC. (collectively, "Defendants")

559251

2.      I make this statement upon personal knowledge and information, and submit the same in support of the Defendants' Motion To Dismiss Plaintiffs Melvin Keakaku Amina And Donna Mae Amina's Complaint Filed On March 15, 2018.

3.      Attached hereto as Exhibit A is a certified copy of the March 15, 2018 Complaint filed in the First Circuit Court, State of Hawaii by Plaintiffs Melvin Keakaku Amina and Donna Mae Amina (the "Plaintiffs").

4.      Attached hereto as Exhibit B is a true and correct copy of the Second Amended Complaint filed by the Plaintiffs in Melvin Keakaku Amina, et al. v. WMC Mortgage, Corp., et al, Civil No. 10-00165 JMS/KSC.

5.      Attached hereto as Exhibit C is a true and correct copy of the Verified Second Amended Complaint in Melvin Keakaku Amina, et al. v. The Bank Of New York Mellon, fka The Bank Of New York, et al., Civil No. 11-00714 JMS/BMK.

6.      Attached hereto as Exhibit D is a true and correct copy of the Court's May 13, 2011 Order (1) Granting Defendants WMC Mortgage LLC and General Electric Company's Motion For Judgment On The Pleadings, Doc. No. 64; And (2) Granting In Part And Denying In Part Defendant LCS Financial Services Corporation's Motion For Summary Judgment, Doc. No. 57, filed in Civil No. 10-00165 JMS/KSC.

559251

7.     Attached hereto as Exhibit E is a true and correct copy of the Court's August 25, 2011 Order (1) Granting Defendants WMC Mortgage LLC and General Electric Company's Motion To Dismiss Second Amended Complaint, Doc. No. 92; and (2) Dismissing Other Claims, filed in Civil No. 10-00165 JMS/KSC.

8.     Attached hereto as Exhibit F is a true and correct copy of the Court's January 30, 2012 Findings And Recommendation To Dismiss Action, filed in Civil No. 10-00165 JMS/KSC.

9.     Attached hereto as Exhibit G is a true and correct copy of the Court's February 24, 2012 Order Adopting Magistrate Judge Kevin S.C. Chang's Findings And Recommendation To Dismiss Action, filed in Civil No. 10-00165 JMS/KSC.

10.     Attached hereto as Exhibit H is a true and correct copy of the Court's January 7, 2015 Order Granting Defendants The Bank Of New York Mellon, fka The Bank Of New York And U.S. Bank National Association, As Trustee For J.P. Morgan Mortgage Acquisition Trust 2006-WMC2, Asset Backed Pass-Through Certificates, Series 2006-WMC2's Motion For Summary Judgment, Doc. No. 140, filed in Civil No. 11-00714 JMS/BMK.

559251

11.     Attached hereto as Exhibit I is a true and correct copy of the Ninth Circuit's January 14, 2014 Memorandum Opinion that was printed LexisNexis.

12.     Attached hereto as Exhibit J is a true and correct copy of Ninth Circuit's May 24, 2017 Memorandum Opinion that was printed LexisNexis.

13.     Attached hereto as Exhibit K is a true and correct copy of Magbual v. Fannie Mae, No. 16-00428 HG-KSC, 2016 U.S. Dist. LEXIS 179591 (D. Haw. Dec. 29, 2016) that was printed from LexisNexis.

14.     Attached hereto as Exhibit L is a true and correct copy of Niutupuivaha v. Wells Fargo Bank, N.A., No. CIV. 13-00172 LEK, 2013 U.S. Dist. LEXIS 168734, 2013 WL 6210634 (D. Haw. Nov. 27, 2013) that was printed from LexisNexis.

15.     Attached hereto as Exhibit M is a true and correct copy of Rundgren v. The Bank of New York Mellon, 2010 U.S. Dist. LEXIS 110130, 2010 WL 4066878 (D. Haw. Oct. 14, 2010) that was printed from LexisNexis.

16.     Attached hereto as Exhibit N is a true and correct copy of Smith v. Bank of Am. N.A., 2013 WL 4735632 (W.D. Mo. Sept. 3, 2013) that was printed from LexisNexis.

559251

I, ADRIAN L. LAVARIAS, declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED:     Honolulu, Hawaii, April 25, 2018.


/s/ Adrian L. Lavarias_____
ADRIAN L. LAVARIAS

5