Of Counsel:

BAYS LUNG ROSE & HOLMA

| | |
|---|---|
| CRYSTAL K. ROSE | 3242-0 |

(crose@legalhawaii.com)
Attorney at Law
A Law Corporation

| | |
|---|---|
| ADRIAN L. LAVARIAS | 8578-0 |

(alavarias@legalhawaii.com)
Attorney at Law
A Law Corporation

| | |
|---|---|
| GEORGIA ANTON | 10461-0 |

(ganton@legalhawaii.com)
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii  96813
Telephone:  (808) 523-9000
Facsimile:  (808) 533-4184

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., Individually and as Servicer of the JPMORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2; JPMORGAN CHASE & CO.; J.P. MORGAN MORTGAGE ACCEPTANCE CORPORATION I; J.P. MORGAN MORTGAGE ACQUISITION CORP.; J.P. MORGAN SECURITIES LLC; U.S. BANK NATIONAL ASSOCIATION, as Trustee for J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2; MERSCORP HOLDINGS, INC.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELVIN KEAKAKU AMINA and DONNA MAE AMINA, husband and wife, | ) CIVIL NO. 18-00143 DKW-KSC )  ) SCHEDULING CONFERENCE ) STATEMENT; CERTIFICATE OF |

|  |  |
|---|---|
| Plaintiffs, | ) SERVICE |
|  | ) |
| vs. | ) <u>Rule 16 Scheduling Conference</u>: |
|  | ) Date:   July 12, 2018 |
| WMC FINANCE CO.; JP MORGAN | ) Time:   9:00 a.m. |
| MORTGAGE ACQUISITION | ) Judge:  Hon. Kevin S.C. Chang |
| TRUST 2006-WMC2; "CHASE"; JP | ) |
| MORGAN CHASE & CO.; | ) |
| JPMORGAN CHASE BANK, N.A.; | ) |
| JPMORGAN CHASE BANK, N.A. | ) |
| s/b/m CHASE HOME FINANCE | ) |
| LLC; J.P. MORGAN ACCEPTANCE | ) |
| CORPORATION I; J.P. MORGAN | ) |
| MORTGAGE ACQUISITION | ) |
| CORP.; J.P. MORGAN | ) |
| MORTGAGE ACQUISITION | ) |
| CORP. 2006-WMC2; JP MORGAN | ) |
| MORTGAGE ACQUISITION | ) |
| TRUST 2006-WMC2, ASSET- | ) |
| BACKED PASS-THROUGH | ) |
| CERTIFICATES, SERIES 2006- | ) |
| WMC2; J.P. MORGAN | ) |
| SECURITIES INC.; MERSCORP | ) |
| HOLDINGS, INC.; MORTGAGE | ) |
| ELECTRONIC REGISTRATION | ) |
| SYSTEMS, INC.; NATIONWIDE | ) |
| TITLE CLEARING, INC.; | ) |
| UNKNOWN NAMED MASTER | ) |
| SERVICER OF THE JP MORGAN | ) |
| MORTGAGE ACQUISITION | ) |
| TRUST 2006-WMC2, | ) |
|  | ) |
| Defendants. | ) No trial date set. |
| _____ | ) |

2

SCHEDULING CONFERENCE STATEMENT

Defendants JPMORGAN CHASE BANK, N.A., Individually and as Servicer of the JPMORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2; JPMORGAN CHASE & CO.; J.P. MORGAN MORTGAGE ACCEPTANCE CORPORATION I; J.P. MORGAN MORTGAGE ACQUISITION CORP.; U.S. BANK NATIONAL ASSOCIATION, as Trustee for J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC2, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC2; MERSCORP HOLDINGS, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (collectively, "Defendants"), by and through their attorneys, Bays Lung Rose & Holma, hereby submit the following Scheduling Conference Statement pursuant to Rule 16.2 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and Rule 16 of the Federal Rules of Civil Procedure.

I.   STATEMENT OF THE CASE

The removed case is a civil action filed on March 15, 2018, in the Circuit Court of the First Circuit, State of Hawaii, styled <u>Melvin Keakaku Amina and Donna Mae Amina v. WMC Finance Co., et al.</u>, Case No. 18-1-0415-03 (VLC).  At issue in this case is a debt that has been the subject of extensive litigation between the parties since 2010.  Plaintiffs Melvin Keakaku Amina and Donna Mae Amina (collectively, "Plaintiffs") filed two prior lawsuits regarding the

exact same loans, both of which were decided by the United States District Court for the District of Hawaii in favor of the various Defendants. The first lawsuit, entitled <u>Melvin Keakaku Amina, et al. v. WMC Mortgage, Corp., et al.</u>, Civil No. 10-00165 JMS/KSC, was filed on March 20, 2010 (the "First Lawsuit"). The second lawsuit, entitled <u>Melvin Keakaku Amina, et al. v. The Bank Of New York Mellon, fka The Bank Of New York, et al.</u>, Civil No. 11-00714 JMS/BMK (the "Second Lawsuit") was filed on November 28, 2011. Based on the allegations raised in the current Complaint, there is no question that the Plaintiffs are asserting claims arising from the same property and mortgages that were at issue in the First Lawsuit and the Second Lawsuit.

  In the instant Complaint, the Plaintiffs have asserted the following eight causes of action: a Quiet Title claim (First Cause of Action), a Fair Debt Collection Practices Act claim (Second Cause of Action), a Real Estate Settlement Procedures Act claim (Third Cause of Action), an Accounting claim (Fourth Cause of Action), an Unfair And Deceptive Trade Practices claim under HRS Chapter 480 (Fifth Cause of Action), a Relief From Judgment claim under FRCP 60 (Sixth Cause of Action), a Truth In Lending Act claim (Seventh Cause of Action), and a Declaratory Judgment claim (Eighth Cause of Action). The Plaintiffs' claims are either the exact same claims or substantially similar to the claims asserted in the First Lawsuit and the Second Lawsuit. Accordingly, it is the

Defendants' position that the current lawsuit is barred by, among other things, res judicata.

## II. JURISDICTION AND VENUE

This matter was timely removed by Defendants pursuant to 28 U.S.C. §§ 1441 and 1446(b)(1). The Complaint filed by the Plaintiffs raises federal questions, and this Court therefore has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367. Venue is appropriate insofar as the property at issue in this case is located in the State of Hawaii.

## III. JURY TRIAL AND DEMAND

Defendants are unaware of any demand for jury trial being filed by the Plaintiffs.

## IV. APPROPRIATENESS OF RULE 26 DISCLOSURES

The parties have met and conferred about the initial disclosures and preliminary discovery and are in agreement that initial disclosures and discovery will be stayed pending the Court ruling on Defendants' Motion To Dismiss that was set for hearing on June 14, 2018, but vacated by the Court via Minute Order dated May 24, 2018. See Dkt. No. 24.

V.      DISCOVERY AND PENDING MOTIONS

As to discovery, the parties have agreed that discovery will be stayed pending the Court ruling on Defendants' Motion To Dismiss.

As to pending Motions, on April 25, 2018, Defendants filed a Motion To Dismiss the Complaint on the basis that the claims are barred by, among other things, res judicata and the applicable statutes of limitations. Defendants' Motion To Dismiss is pending before the Court and will be decided without hearing, per the Court's Minute Order dated May 24, 2018. See Dkt. No. 24.

VI.     SPECIAL PROCEDURES

Defendants are unaware of any special procedures required for this matter at this time. However, given that the Plaintiffs are proceeding pro se, special procedures regarding the filings of motions, such discovery motions and substantive motions, may need to be considered in order to ensure that the case proceeds in an efficient manner and the parties avoid having to engage in any unnecessary motions practice.

VII.    RELATED CASES

Defendants are informed and understand that there was a foreclosure action relating to the debt at issue in this case that has been initiated in the First Circuit Court, State of Hawaii. Defendants are further informed that Plaintiffs removed the case to federal court and that Defendants filed a Motion to Remand

and a Supplemental Memorandum in Support of the Motion to Remand.

Defendants understand that this matter is in its early stages.

VIII.  ADDITIONAL MATTERS

    Defendants are unaware of any additional matters at this time.

    DATED: Honolulu, Hawaii, July 5, 2018.

/s/ Adrian L. Lavarias
CRYSTAL K. ROSE
ADRIAN L. LAVARIAS
GEORGIA ANTON

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.,
Individually and as Servicer of the
JPMORGAN MORTGAGE
ACQUISITION TRUST 2006-WMC2;
JPMORGAN CHASE & CO.;
J.P. MORGAN MORTGAGE
ACCEPTANCE CORPORATION I;
J.P. MORGAN MORTGAGE
ACQUISITION CORP.;
J.P. MORGAN SECURITIES LLC;
U.S. BANK NATIONAL ASSOCIATION,
as Trustee for J.P. MORGAN MORTGAGE
ACQUISITION TRUST 2006-WMC2,
ASSET BACKED PASS-THROUGH
CERTIFICATES, SERIES 2006-WMC2;
MERSCORP HOLDINGS, INC.; and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELVIN KEAKAKU AMINA and DONNA MAE AMINA, husband and wife, | CIVIL NO. 18-00143-DKW-KSC |
| | CERTIFICATE OF SERVICE |
| Plaintiffs, | |
| vs. | |
| WMC FINANCE CO., et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served on the following identified parties in the manners noted below, addressed as follows on July 5, 2018:

    MELVIN KEAKAKU AMINA    (via U.S. Mail,
    2304 Metcalf Street 2    postage prepaid)
    Honolulu, HI  96822

    Plaintiff Pro Se

    DONNA MAE AMINA    (via U.S. Mail,
    2304 Metcalf Street 2    postage prepaid)
    Honolulu, HI  96822

    Plaintiff Pro Se

599787_1

MICHAEL R. MARSH, ESQ.        (via CM/ECF)
MARK G. VALENCIA, ESQ.
Case Lombardi & Pettit
Pacific Guardian Ctr., Mauka Twr.
737 Bishop St., Ste. 2600
Honolulu, HI  96813

Attorneys for Defendant
NATIONWIDE TITLE CLEARING, INC.

DATED:  Honolulu, Hawaii, July 5, 2018.


/s/ Adrian L. Lavarias
CRYSTAL K. ROSE
ADRIAN L. LAVARIAS
GEORGIA ANTON

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.,
Individually and as Servicer of the
JPMORGAN MORTGAGE
ACQUISITION TRUST 2006-WMC2;
JPMORGAN CHASE & CO.;
J.P. MORGAN MORTGAGE
ACCEPTANCE CORPORATION I;
J.P. MORGAN MORTGAGE
ACQUISITION CORP.;
J.P. MORGAN SECURITIES LLC;
U.S. BANK NATIONAL ASSOCIATION,
as Trustee for J.P. MORGAN MORTGAGE
ACQUISITION TRUST 2006-WMC2,
ASSET BACKED PASS-THROUGH
CERTIFICATES, SERIES 2006-WMC2;
MERSCORP HOLDINGS, INC.; and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.